IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MICHAEL STEPHON PARKER,**

    Plaintiff,

v.                                                                                Civil Action No. **3:23CV45 (RCY)**

**ALISA GREGORY,** *et al.*,

    Defendants.

**MEMORANDUM OPINION**

Plaintiff, a Virginia inmate proceeding *pro se* and *in forma pauperis*, filed this 42 U.S.C. § 1983 action. In order to state a viable claim under 42 U.S.C. § 1983, a plaintiff must allege that a person acting under color of state law deprived him or her of a constitutional right or of a right conferred by a law of the United States. *See Dowe v. Total Action Against Poverty in Roanoke Valley*, 145 F.3d 653, 658 (4th Cir. 1998) (citing 42 U.S.C. § 1983). In his current Complaint, Plaintiff fails to provide each defendant with fair notice of the facts and legal basis upon which his or her liability rests. Accordingly, by Memorandum Order entered on April 28, 2023, the Court directed Plaintiff to submit a particularized complaint within thirty (30) days of the date of entry thereof. The Court warned Plaintiff that the failure to submit the particularized complaint would result in the dismissal of the action.

Thereafter, the Court granted Plaintiff two extensions of time to submit his particularized complaint. The latest Memorandum Order, entered on June 16, 2023, the Court directed Plaintiff to submit his particularized complaint within twenty (20) days of the date of entry thereof.

More than twenty (20) days have elapsed since the entry of the June 16, 2023 Memorandum Order. Plaintiff failed to submit a particularized complaint. Accordingly, the action will be dismissed without prejudice.

An appropriate Final Order will accompany this Memorandum Opinion.

/s/
Roderick C. Young
United States District Judge

Date: July 25, 2023
Richmond, Virginia